

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #   O-6570   WAS NEVER ISSUED OR

WAS WITHDRAWN.